# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**SCOTT ALLEN WALKER**                                                                                     **PLAINTIFF**

**V.**                            **CASE NO. 5:24-CV-5158**

**WALMART, INC., Siloam Springs;**
**CORPORAL STAMPS,**
**Benton County Detention Center (BCDC);**
**PUBLIC DEFENDER SAM HALL;**
**JUDGE GREEN; and JUDGE KARREN**                                             **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 13) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends dismissing all claims on preservice screening. On October 8, 2024, Plaintiff Scott Allen Walker filed an Objection to the R&R (Doc. 14), which triggered this Court's *de novo* review of the entire case file. The Objection only mentions Defendant Walmart. Mr. Walker contends the R&R does not address Walmart. Though he does not appear to object to the dismissal of all the other Defendants, he maintains that Walmart is responsible for his illegal arrest and should be liable for the violation of his constitutional rights.

Walmart is not a state actor; it is a private entity. Therefore, is not a "person" that may be sued under 42 U.S.C. § 1983. Walmart is therefore subject to dismissal as a party to this suit, and the Objection is **OVERRULED**.

**IT IS ORDERED** that the R&R it is hereby **ADOPTED IN ITS ENTIRETY**. Pursuant to the provisions of 28 U.S.C. § 1915A, the case is **DISMISSED** for the reasons stated in the R&R, and the Clerk is directed to close the case.

**IT IS SO ORDERED** on this 17th day of October, 2024.

                                           */s/ Timothy L. Brooks*
                                           TIMOTHY L. BROOKS
                                           UNITED STATES DISTRICT JUDGE